# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW BURNS,<br><br>Defendant. | 17-po-5303-JTJ<br><br>VIOLATIONS:<br>6563509<br>6563510<br>6563511<br>6563512<br><br>Location Code: M13<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $110 and a $30 processing fee for VN 6563511 and $100 and a $30 processing fee for VN 6563512 for a total fine amount of $270. The total fine amount will be paid in full on or before February 1, 2018. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that VN 6563509 and VN 6563510 are DISMISSED.

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for February 1, 2018, is VACATED.

DATED this 24th day of January 2018.

_____
John Johnston
United States Magistrate Judge